DOROTHY E. MACKENZIE, Appellant, *v.* LOUIS F. ROTHSCHILD et al., Doing Business under the Firm Name of LOUIS F. ROTHSCHILD & COMPANY, Respondents.

Argued April 3; 1945; decided May 17, 1945.

*Sidney Squire* and *Daniel G. Connolly* for appellant.

*Sam L. Cohen* for respondents.

Judgment of the Appellate Division modified by reversing so much thereof as granted the motion of the defendants for summary judgment upon the first cause of action, and as to that cause of action motion denied upon the ground that the issues can be composed only by a trial; and as so modified, judgment affirmed, with costs to the appellant in this court. No opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: LEHMAN, Ch. J.